**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
Telephone:  (602) 224-0999

Kent Brockelman (009627)
  Email: kbrockelman@cblawyers.com
Jill J. Chasson (019424)
  Email: jchasson@cblawyers.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Charlene Olewin,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Premise Health Employer Solutions, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | No. CV-20-1087-PHX-JJT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　The parties have settled the above case.  Accordingly, they hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff Charlene Olewin against Defendant Premise Health Employer Solutions, LLC, and to the termination of this action. The parties will bear their own attorneys' fees and costs.

　　　Respectfully submitted this 16th day of August, 2021.

**CARDEN LIVESAY, LTD.**

By: s/ Joshua W. Carden (*with permission*)
　　Joshua W. Carden
　　*Attorneys for Plaintiff*

{00563076.1 }

**COPPERSMITH BROCKELMAN PLC**

By: <u>s/ Kent Brockelman</u>
   Kent Brockelman
   Jill J. Chasson
*Attorneys for Defendant*